Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| TEÓFILO ESPADA BERNARDI, CHERRYLIN ESPADA RODRÍGUEZ Y NAYELI CRISTAL ESPADA RODRÍGUEZ Apelante<br><br>v.<br><br>SALUD INTEGRAL EN LA MONTAÑA, INC. Y OTROS Apelada | KLAN202401062 | Apelación procedente del Tribunal de Primera Instancia, Sala de Comerío<br><br>Caso Núm.: AI2024CV00201<br><br>Sobre: Impericia médica; daños y perjuicios |

Panel integrado por su presidenta, la Jueza Ortiz Flores, la Jueza Aldebol Mora y la Jueza Boria Vizcarrondo

Ortiz Flores, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 19 de diciembre de 2024.

Atendidos los escritos titulados *Apelación*, *Comparecencia Especial de los Estados Unidos de América informando traslado a la Corte Federal* y *Moción aclaratoria sobre Comparecencia de la Parte Demandante y Apelante*, presentados los días 27 de noviembre, 3 de diciembre y 13 de diciembre, de 2024 ante este Tribunal de Apelaciones, **se dicta sentencia que ordena el <u>cierre y archivo</u> del recurso KLAN202401062**, por haberse removido la atención de la causa de acción incoada ante el Tribunal de Primera Instancia, objeto del recurso de apelación, a la jurisdicción federal, ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Además, se ordena la devolución de las tres (3) copias de los expedientes a la Secretaría para su archivo administrativo.

**Notifíquese inmediatamente.**

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____